## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Vaheh Sarkissian__   CR 07   767

2. Related Magistrate Docket Number(s) _____

    None ( x )

    TRAGER, J.

3. Arrest Date: _____

4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

    ✱ __United States v. Allen Bryant, 04 Cr. 706 (DGT)__

    FILED
    IN CLERK'S OFFICE
    U.S. DISTRICT COURT E.D.N.Y.
    ★ OCT 16 2007 ★
    BROOKLYN OFFICE

6. Projected Length of Trial:   Less than 6 weeks   (XX)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Queens__
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?       ( ) Yes   (X) No

9. Have arrest warrants been ordered?             ( ) Yes   (X) No

                                                ROSLYNN R. MAUSKOPF
                                                UNITED STATES ATTORNEY

                                        By:     _____
                                                Sean T. Haran
                                                Assistant U.S. Attorney
                                                (718) 254-6176

Rev. 3/22/01