Law Offices
Lawrence D. Gerzog
The Woolworth Building
233 Broadway Suite 2707
New York, New York 10279
(212) 486-3003

July 19, 2012

Hon. Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

        Re: <u>United States v. Vahe Sarkissian,</u>
           Criminal Docket No. 07-767 (FB)

Dear Judge Block:

  I represent Vahe Sarkissian, who is out on bail awaiting sentencing. I write to request a modification of his bail conditions to allow him to make a vacation trip to Los Angeles, CA from August 10 to August 30. Mr. Sarkissian has been in full compliance with his release conditions since 2007. Both the U.S. Attorney's Office and Pre-Trial Services have no objection to this request.

             Respectfully submitted,


             Lawrence D. Gerzog

cc.: James Loonam, Esq., A.U.S.A. (Via email)