**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
FREDERIC BLOCK
U.S. DISTRICT JUDGE

11/4/15

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 6 - 2015 ★
BROOKLYN OFFICE

Re.: USA v. VAHEH SARKISSIAN
CR-07-767 (FB)

Dear Counsel,

Please find enclosed a copy of the probation department's sentencing recommendation in the above case which is currently scheduled for sentencing on 12/9/15 AT 3PM. J. Block has adopted a policy whereby he now discloses the sentencing recommendation of the probation department. The recommendation will be mailed to you and only this letter is being ECF filed.

If you should have any further questions feel free to contact me at (718) 613-2425.

Respectfully,

Michael Innelli
Case Manager