Law Offices
Lawrence D. Gerzog
40 Fulton Street, 23rd Floor
New York, New York 10038
(212) 486-3003

December 3, 2015

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:    USA v. Vaheh Sarkissian,
                             <u>Criminal Docket 07-767 (FB)</u>

Dear Judge Block:

      I represent Vaheh Sarkissian.  Please accept this letter as a motion to adjourn Mr. Sarkissian's sentencing, currently scheduled for December 9, 2015, for a thirty day period.  The adjournment is requested to allow me more time to adequately prepare sentencing materials for the Court.  As the Court is aware, this is a very complicated case in which the guidelines suggested by the U.S. Probation Department are quite high.

      Under these circumstances, I believe the additional time is absolutely necessary if I am to present Mr. Sarkissian's position fully and adequately to the Court.

                                      Respectfully submitted,

                                      Lawrence D. Gerzog

cc.:    James P. Loonam, Esq.