Law Offices
Lawrence D. Gerzog
40 Fulton Street, 23rd Floor
New York, New York 10038
(212) 486-3003
(646) 368-6337 (fax)

February 24, 2016

Hon. Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                              Re:    U.S. v. Vaheh Sarkissian,
                                        07 CR 767 (FB)

Dear Judge Block:

      Please accept this letter as my motion to adjourn the sentencing date in this case from March 2, 2016 until the week of April 18, 2016.  This is my second request for an adjournment.

      As you know, this case has been pending for a long time, due to no fault of Mr. Sarkissian's, is ver y complicated and involves a high sentencing guideline range as determined by U.S. Probation.  I have been working with a psychologist to fashion a detailed and important submission on Mr. Sarkissian, and in part because we have had trouble obtaining certain records, we have not had sufficient time to finish the psychologist's work that will be factored into my submission.

                                    Respectfully submitted,


                                      Lawrence D. Gerzog

cc.:    Office of the U.S. Attorney, E.D.N.Y.